# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :    **CIVIL ACTION NO. 22-CV-4206** |
| **OBE E. JOHNSON** | : |

## ORDER

AND NOW, this 28th day of October, 2022, upon consideration of *pro se* Plaintiff Obe E. Johnson's Motion for a Writ of Mandamus (ECF No. 2), it is **ORDERED** that:

1. The Motion for a Writ of Mandamus (ECF No. 2) is **DENIED** for the reasons in the Court's Memorandum.

2. The Motion to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                         **BY THE COURT:**

                         **/s/ Juan R. Sánchez**
                         **JUAN R. SÁNCHEZ, C.J.**